Foster v Bombardier Recreational Prods., Inc. (2024 NY Slip Op 00509)

Foster v Bombardier Recreational Prods., Inc.

2024 NY Slip Op 00509

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, AND NOWAK, JJ.

85 CA 23-01354

[*1]MAURICE FOSTER AND DIANA FOSTER, PLAINTIFFS-RESPONDENTS,
v
BOMBARDIER RECREATIONAL PRODUCTS, INC., ET AL., DEFENDANTS, AND CHRISTINA KUBACKI, DEFENDANT-APPELLANT. 

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (MARTHA E. DONOVAN OF COUNSEL), FOR DEFENDANT-APPELLANT. 
THE TARANTINO LAW FIRM, LLP, BUFFALO (JACOB A. PIORKOWSKI OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Lynn W. Keane, J.), entered June 23, 2023. The order, among other things, denied the motion of defendant Christina Kubacki for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court